1  LAWRENCE O. EITZEN, Bar No. 47733
   LAW OFFICE OF LAWRENCE O. EITZEN
2  816 - 3rd Street
   Eureka, CA 95501
3  Telephone:  707.443.2209
   Facsimile:  707.443.1442
4
   Attorneys for Plaintiff
5  GERALD S. SARVINSKI

6  NANCY L. OBER, Bar No. 49683
   LITTLER MENDELSON
7  A Professional Corporation
   650 California Street
8  20th Floor
   San Francisco, CA 94108.2693
9  Telephone:  415.433.1940
   Facsimile:  415.399.8490
10 E-mail:  nlober@littler.com

11 Attorneys for Defendant
   PACIFIC LUMBER COMPANY
12

13                UNITED STATES DISTRICT COURT

14        NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

15 GERALD S. SARVINSKI,              Case No. C 05 5163 (MHP)

16         Plaintiff,                STIPULATION AND [PROPOSED]
                                     ORDER EXTENDING [1] DEADLINE TO
17    v.                             CONDUCT ENE SESSION AND [2]
                                     BRIEFING AND HEARING SCHEDULE
18 PACIFIC LUMBER COMPANY, et al.,   ON STANDARD OF REVIEW

19         Defendants.               [ADR L.R. 5-5; L.R. 6-1(b)]

20                                   Judge:   Hon. Marilyn Hall Patel
                                              Courtroom 15, 18th Floor
21
                                     Trial Date:  None Set
22

23

24         Plaintiff Gerald S. Sarvinski and Defendant Pacific Lumber Company, through their

25 respective counsel, hereby stipulate to, and request that the Court approve an extension of the

26 deadline to conduct the ENE session and an extension for the cross-motions on the standard of

27 review previously ordered by the Court.

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP AND PROPOSED ORDER TO
EXTEND DEADLINES                                    CASE NO. C 05 5163 (MHP

1. In this action under section 502(a)(1)(B) of the Employee Retirement Income Security Act of 1974 (ERISA) (29 U.S.C. §1132(a)(1)(B)), Plaintiff seeks recovery of long-term disability benefits under a long-term disability plan sponsored by Defendant Pacific Lumber Company, Plaintiff's former employer. Plaintiff's original complaint named Defendant Pacific Lumber Company as the sole defendant.

2. On March 29, 2006, pursuant to the stipulation of the parties selecting Early Neutral Evaluation (ENE) as the form of ADR, the Court issued an order referring this case to Early Neutral Evaluation. ADR L.R. 5-4(b) requires the ENE session to be held within 90 days after the entry of such order, i.e., by June 28, 2006, unless otherwise ordered by the Court.

3. The Court conducted a Case Management Conference on April 17, 2006. At the Case Management Conference, as reflected in the Minute Entry filed on April 18, 2006, the Court set dates for the parties to stipulate, or Plaintiff to file a motion to amend the complaint to add the long-term disability plan and the claims administrator, Prudential Insurance Company of America, as defendants. The Court further directed the parties to file cross-motions regarding the appropriate standard of review applicable to Plaintiff's claim by June 26, 2006, with opposition to be filed by July 17, 2006, and set the matter to be heard or submitted on July 31, 2006 at 2:00 p.m.

4. On April 28, 2006 Plaintiff filed a Motion to Amend Complaint, along with a proposed First Amended Complaint. On May 15, 2006 Defendant filed a Statement of Non-Opposition to the filing of the First Amended Complaint.

5. On May 17, 2006 the ADR Clerk filed a Notice Appointing Thomas M. Herlihy as ENE evaluator.

6. On May 24, 2006, the Court issued an order granting Plaintiff's Motion to Amend Complaint and ordering Plaintiff to e-file the amended complaint within 30 days.

7. On June 6, 2006, Mr. Herlihy, the assigned ENE evaluator, conducted a telephone conference with the parties' respective counsel to discuss the ENE session procedure and scheduling. It was agreed by all participants that the ENE session should be deferred to enable the additional defendants named in the First Amended Complaint, particularly Prudential Insurance

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP AND PROPOSED ORDER TO
EXTEND DEADLINES                2.                CASE NO. C 05 5163 (MHP)

Company of America, to appear in the action, agree or object to Mr. Herlihy as ENE evaluator and participate in the ENE session.

8. Plaintiff filed his First Amended Complaint with the Court on June 12, 2006, and a Summons was issued on June 13, 2006. As directed by the Court, the First Amended Complaint adds the Pacific Lumber Company Welfare Benefits Plan and the Prudential Insurance Company of America as defendants. The named defendants have not yet been served with the First Amended Complaint.

9. On June 19, 2006, ADR Case Administrator Alice M. Fiel directed the parties to file a stipulation and proposed order with the Court requesting a deadline extension.

10. ADR L.R. 5-10(a) provides that, "All named parties and their counsel are required to attend the ENE session" unless excused..

11. L.R. 6-1(b) permits a deadline previously set by the Court to be enlarged by written stipulation and order, so long as any stipulation affecting a hearing is filed at least 10 days prior to the hearing date.

12. The parties agree that the dates for briefing and hearing on the appropriate standard of review should be extended to permit participation by the additional named defendants. The present hearing date on that matter is July 31, 2006.

Therefore, Plaintiff Gerald S. Sarvinski and Defendant Pacific Lumber Company, through their respective counsel, stipulate and agree as follows:

1. The time to conduct the ENE session is extended for 90 days, to and including September 27, 2006.

2. The current dates for cross-motions and hearing on the standard of review are vacated. The following dates shall be substituted:

Cross-motions re Standard of Review to be filed by September 25, 2006.

Opposition to be filed by October 16, 2006.

Motions to be heard OR submitted October 30, 2006 at 2:00 p.m.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108-2693
415.433.1940

STIP AND PROPOSED ORDER TO EXTEND DEADLINES

3.

CASE NO. C 05 5163 (MHP)

1 | _____  _____
2 | LAWRENCE O. EITZEN          NANCY L. OBER
3 | LAW OFFICE OF LAWRENCE O. EITZEN   LITTLER MENDELSON
    816 - 3rd Street            A Professional Corporation
4 | Eureka, CA  95501           650 California Street, 20th Floor
    Telephone: (707) 443-2209   San Francisco, CA  94108
5 | Attorneys for Plaintiff     Telephone: (415) 433-1940
    GERALD S. SARVINSKI         Attorneys for Defendant
6 |                             PACIFIC LUMBER COMPANY

7 | Dated: June 21, 2006        Dated: June 23, 2006

## ORDER

Good cause appearing, IT IS SO ORDERED.

Dated: June 27, 2006

**IT IS SO ORDERED**

/s/ Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Firmwide:81214090.1 001971.2030

STIP AND PROPOSED ORDER TO EXTEND DEADLINES    4.    CASE NO. C 05 5163 (MHP)