```
1   ADRIENNE C. PUBLICOVER (State Bar No. 161432)
    CHARAN M. HIGBEE (State Bar No. 148293)
2   WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
3   525 Market Street, 17th Floor
    San Francisco, California 94105
4   Telephone:    (415) 433-0990
    Facsimile:    (415) 434-1370
5
    Attorneys for Defendant
6   THE PRUDENTIAL INSURANCE
    COMPANY OF AMERICA
7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12

13  GERALD S. SARVINSKI,              )  Case No.:  C 05-05163 MHP
                                      )
14       Plaintiff,                   )  STIPULATION AND ~~PROPOSED~~ ORDER
                                      )  TO EXTEND TIME TO ANSWER OR
15       v.                           )  OTHERWISE RESPOND TO THE FIRST
                                      )  AMENDED COMPLAINT
16  PACIFIC LUMBER COMPANY and        )
    PACIFIC LUMBER COMPANY            )
17  WELFARE BENEFIT PLAN and THE      )  Judge: Hon. Marilyn Hall Patel
    PRUDENTIAL INSURANCE COMPANY      )  Ctrm: 15
18  OF AMERICA and DOES 1 to 25, Inclusive, )
                                      )
19       Defendants.                  )
                                      )
20                                    )
                                      )
21                                    )
                                      )
22  _____)

23       **IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between the parties to

24  this action, through their attorneys of record, that the defendants herein and each of them shall have
```

---
1
STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT

USDC NDCA Case # C 05-05163 MHP
226963.1

an extension until August 8, 2006 to answer or otherwise respond to plaintiff Gerald S. Sarvinski's First Amended Complaint filed in this action.

Dated: July 17, 2006　　　　　　　　　　WILSON, ELSER, MOSKOWITZ,
　　　　　　　　　　　　　　　　　　　　　EDELMAN & DICKER LLP


　　　　　　　　　　　　　　　　By:　　　　/s/ Charan M. Higbee　　　　
　　　　　　　　　　　　　　　　　　Adrienne C. Publicover
　　　　　　　　　　　　　　　　　　Charan M. Higbee
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　THE PRUDENTIAL INSURANCE
　　　　　　　　　　　　　　　　　　COMPANY OF AMERICA

Dated: July____, 2006　　　　　　　　　LAW OFFICE OF LAWRENCE O. EITZEN


　　　　　　　　　　　　　　　　By:　　　　/s/ Lawrence O. Eitzen　　　　
　　　　　　　　　　　　　　　　　　Lawrence O. Eitzen
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　GERALD S. SARVINSKI

Dated: July ____, 2006　　　　　　　　　LITTLER MEDELSON, P.C.


　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　Nancy L. Ober
　　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　　PACIFIC LUMBER COMPANY WELFARE
　　　　　　　　　　　　　　　　　　BENEFIT PLAN and PACIFIC LUMBER
　　　　　　　　　　　　　　　　　　COMPANY as Plan Administrator of PACIFIC
　　　　　　　　　　　　　　　　　　LUMBER COMPANY WELFARE BENEFIT PLAN

**IT IS SO ORDERED.**

July 20, 2006　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　Honorable

*[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA. Stamp: IT IS SO ORDERED, signed Judge Marilyn H. Patel]*

STIPULATION AND PROPOSED ORDER TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT

USDC NDCA Case # C 05-05163 MHP
226963.1

1  an extension until August 8, 2006 to answer or otherwise respond to plaintiff Gerald S. Sarvinski's
2  First Amended Complaint filed in this action.
3
4  Dated: July 17, 2006
                    WILSON, ELSER, MOSKOWITZ,
5                      EDELMAN & DICKER LLP
6
7  By:_____
8      Adrienne C. Publicover
    Charan M. Higbee
9      Attorneys for Defendant
    THE PRUDENTIAL INSURANCE
10     COMPANY OF AMERICA

11  Dated: July____, 2006         LAW OFFICE OF LAWRENCE O. EITZEN
12
13
14  By:_____
    Lawrence O. Eitzen
15     Attorney for Plaintiff
    GERALD S. SARVINSKI
16
17  Dated: July 17, 2006        LITTLER MENDELSON, P.C.
18
19  By:_____
20      Nancy L. Ober
    Attorney for Defendants
21     PACIFIC LUMBER COMPANY WELFARE
    BENEFIT PLAN and PACIFIC LUMBER
22     COMPANY as Plan Administrator of PACIFIC
    LUMBER COMPANY WELFARE BENEFIT PLAN
23
**IT IS SO ORDERED.**
24
25  July____, 2006             By:_____
    Honorable Marilyn Hall Patel
26

27                                   2
    STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO ANSWER
28     OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT

USDC NDCA Case # C 05-05163 MHP
226963.1

# CERTIFICATE OF SERVICE

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_☐_ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_☐_ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_☐_ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

| | |
|---|---|
| Lawrence O. Eitzen<br>Law Offices of Lawrence O. Eitzen<br>816 Third Street<br>Eureka, CA 95501<br>Tel: (707) 443-2209<br>Fax: (707) 443-1442<br><br>*Counsel for Plaintiff Gerald S. Sarvinski* | Nancy L. Ober<br>Littler Medelson, P.C.<br>650 California Street, 20th Floor<br>San Francisco, CA 94108-2693<br>Tel: (415) 433-1940<br>Fax: (415) 743-6580<br><br>*Counsel for Defendants Pacific Lumber Company Welfare Benefit Plan and Pacific Lumber Company* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED July 18, 2006 at San Francisco, California.

_____
Nancy Li

CERTIFICATE OF SERVICE

227330.1