1  ADRIENNE C. PUBLICOVER (State Bar No. 161432)
   CHARAN M. HIGBEE (State Bar No. 148293)
2  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Defendant
6  THE PRUDENTIAL INSURANCE
   COMPANY OF AMERICA
7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12

13 | GERALD S. SARVINSKI,            ) Case No.: C 05-05163 MHP
                                     )
14 |       Plaintiff,                 ) STIPULATION AND ~~PROPOSED~~ ORDER
                                     ) TO DISMISS WITHOUT PREJUDICE THE
15 | v.                              ) BREACH OF CONTRACT CLAIM
                                     ) ALLEGED IN PLAINTIFF'S FIRST
16 | PACIFIC LUMBER COMPANY and       ) AMENDED COMPLAINT
   | PACIFIC LUMBER COMPANY          )
17 | WELFARE BENEFIT PLAN and THE    ) [F.R.C.P. 41(a)(1)]
   | PRUDENTIAL INSURANCE COMPANY    )
18 | OF AMERICA and DOES 1 to 25, Inclusive, )
                                     ) Judge: Hon. Marilyn Hall Patel
19 |       Defendants.               ) Ctrm: 15
                                     )
20

21       **IT IS HEREBY STIPULATED,** by and between the parties to this action through their

22 attorneys of record and pursuant to Federal Rule of Civil Procedure 41(a)(1), as follows:

23       1.      The first claim for relief, entitled Breach of Contract and set forth on page 2 of

24               plaintiff's First Amended Complaint filed in this action, shall be dismissed

25               without prejudice.

26

27                                              1
28 STIPULATION AND PROPOSED ORDER TO DISMISS WITHOUT PREJUDICE THE BREACH OF CONTRACT
           CLAIM ALLEGED IN PLAINTIFF'S FIRST AMENDED COMPLAINT
   USDC NDCA Case # C 05-05163 MHP
   230528.1

11-Sep-2006 03:36 PM LITTLER MENDELSON P.C. 415-399-8490    Case 3:05-cv-05163-MHP   Document 29   Filed 09/19/06   Page 2 of 4    3/3

09/11/2006 11:17 FAX 4154341370    WILSON ELSER    ☒003/003

1  2. This Stipulation shall not affect the second claim for relief, based upon ERISA,
2  set forth in plaintiff's First Amended Complaint.
3
4  Dated: September 11, 2006    WILSON, ELSER, MOSKOWITZ,
                                 EDELMAN & DICKER LLP
5
6                                By: _____/s/ Charan M. Higbee_____
                                     Adrienne C. Publicover
7                                    Charan M. Higbee
                                     Attorneys for Defendant
8                                    THE PRUDENTIAL INSURANCE
                                     COMPANY OF AMERICA
9
10 Dated: September ___, 2006    LAW OFFICE OF LAWRENCE O. EITZEN
11
12                               By: _____
                                     Lawrence O. Eitzen
13                                   Attorney for Plaintiff
                                     GERALD S. SARVINSKI
14
15 Dated: September 11, 2006     LITTLER MENDELSON, P.C.
16
17                               By: _____
                                     Nancy L. Ober
18                                   Attorney for Defendants
                                     PACIFIC LUMBER COMPANY WELFARE
19                                   BENEFIT PLAN and PACIFIC LUMBER
                                     COMPANY as Plan Administrator of the PACIFIC
20                                   LUMBER COMPANY WELFARE BENEFIT PLAN
21
22 PURSUANT TO STIPULATION, IT IS SO ORDERED.
23
24 Dated: 9/18/2006    By: _____
                           Hon.
25                         *IT IS SO ORDERED*
                           *Judge Marilyn H. Patel*
26
27 ─────────────────────────────────────────
28 STIPULATION AND PROPOSED ORDER TO DISMISS WITHOUT PREJUDICE THE BREACH OF CONTRACT
   CLAIM ALLEGED IN PLAINTIFF'S FIRST AMENDED COMPLAINT

2. This Stipulation shall not affect the second claim for relief, based upon ERISA, set forth in plaintiff's First Amended Complaint.

Dated: September 11, 2006

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: /s/ Charan M. Higbee
Adrienne C. Publicover
Charan M. Higbee
Attorneys for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

Dated: September 11, 2006

LAW OFFICE OF LAWRENCE O. EITZEN

By: _____
Lawrence O. Eitzen
Attorney for Plaintiff
GERALD S. SARVINSKI

Dated: September ___, 2006

LITTLER MENDELSON, P.C.

By: _____
Nancy L. Ober
Attorney for Defendants
PACIFIC LUMBER COMPANY WELFARE
BENEFIT PLAN and PACIFIC LUMBER
COMPANY as Plan Administrator of the PACIFIC
LUMBER COMPANY WELFARE BENEFIT PLAN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____ By: _____
Honorable Marilyn Hall Patel

---

2
STIPULATION AND PROPOSED ORDER TO DISMISS WITHOUT PREJUDICE THE BREACH OF CONTRACT
CLAIM ALLEGED IN PLAINTIFF'S FIRST AMENDED COMPLAINT
USDC NDCA Case # C 05-05163 MHP
230528.1

# CERTIFICATE OF SERVICE

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**STIPULATION AND PROPOSED ORDER TO DISMISS WITHOUT PREJUDICE THE BREACH OF CONTRACT CLAIM ALLEGED IN PLAINTIFF'S FIRST AMENDED COMPLAINT**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

  X  : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

 ☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

 ☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

 ☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

| | |
|---|---|
| Lawrence O. Eitzen<br>Law Offices of Lawrence O. Eitzen<br>816 Third Street<br>Eureka, CA  95501<br>Tel:     (707) 443-2209<br>Fax:    (707) 443-1442 | Nancy L. Ober<br>Littler Mendelson, P.C.<br>650 California Street, 20th Floor<br>San Francisco, CA  94108-2693<br>Tel:    (415) 433-1940<br>Fax:   (415) 743-6580 |
| ***Counsel for Plaintiff Gerald S. Sarvinski*** | ***Counsel for Defendants Pacific Lumber Company Welfare Benefit Plan and Pacific Lumber Company*** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED September 12, 2006 at San Francisco, California.

_____
Nancy Li

CERTIFICATE OF SERVICE

227330.1