ADRIENNE C. PUBLICOVER (State Bar No. 161432)
CHARAN M. HIGBEE (State Bar No. 148293)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD S. SARVINSKI, | Case No.: C 05-05163 MHP |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR APPLICATION OF DE NOVO STANDARD OF REVIEW AND LIMIITING DISCOVERY** |
| v. | |
| PACIFIC LUMBER COMPANY and PACIFIC LUMBER COMPANY WELFARE BENEFIT PLAN and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and DOES 1 to 25, Inclusive, | |
| Defendants. | Judge: Hon. Marilyn Hall Patel<br>Ctrm: 15 |

**IT IS HEREBY STIPULATED,** by and between the parties to this action through their attorneys of record,

1.     That the de novo standard of review may be applied by the Court in reviewing defendant Prudential Insurance Company of America's denial of plaintiff Gerald

Case 3:05-cv-05163-MHP   Document 31   Filed 09/29/06   Page 2 of 4

09/25/2006 10:47   7074431442            LAWRENCE EITZEN                  PAGE 03
09/22/2006 15:49 FAX 4154341370          WILSON ELSER                     ☒003
22-Sep-2006 02:59 PM LITTLER MENDELSON P.C. 415-399-8490                  3/4

1  S. Sarvinski's claim for long term disability benefits under the Pacific Lumber
2  Company Welfare Benefit Plan, and which denial forms the basis of plaintiff's
3  second cause of action arising under the Employee Retirement Income Security
4  Act of 1974, 29 U.S.C. Sections 1001 et seq.;

5  2. That plaintiff will serve no discovery in this action on defendants The Prudential
6  Insurance Company of America, Pacific Lumber Company Welfare Benefit Plan,
7  and/or The Pacific Lumber Company;

8  3. That defendant The Prudential Insurance Company of America will produce to
9  plaintiff the complete administrative record relating to plaintiff's claim for long
10  term disability benefits, which is a subject of this action, and will produce all
11  relevant plan documents; and

12  4. That defendants will serve no discovery in this action on plaintiff.

15  Dated: September 25, 2006            WILSON, ELSER, MOSKOWITZ,
                                         EDELMAN & DICKER LLP

17                                       By:    /s/ Charan M. Higbee
18                                              Adrienne C. Publicover
                                                Charan M. Higbee
19                                              Attorneys for Defendant
                                                THE PRUDENTIAL INSURANCE
                                                COMPANY OF AMERICA

21  Dated: September 25, 2006            LAW OFFICE OF LAWRENCE O. EITZEN

23                                       By: _____
24                                              Lawrence O. Eitzen
                                                Attorney for Plaintiff
                                                GERALD S. SARVINSKI

25  Dated: September 22, 2006            LITTLER MENDELSON, P.C.

                                        2
              STIPULATION AND [PROPOSED] ORDER FOR APPLICATION OF
              DE NOVO STANDARD OF REVIEW AND LIMITING DISCOVERY
              USDC NDCA Case # C 05-05163 MHP
              241588.1

|     |                                                                                      |
| --- | ------------------------------------------------------------------------------------ |
| 1   |                                                                                      |
| 2   | By: _____                                                         |
| 3   | Nancy L. Ober<br>Attorney for Defendants<br>PACIFIC LUMBER COMPANY WELFARE            |
| 4   | BENEFIT PLAN and PACIFIC LUMBER<br>COMPANY as Plan Administrator of the PACIFIC       |
| 5   | LUMBER COMPANY WELFARE BENEFIT PLAN                                                   |
| 6   |                                                                                      |
| 7   | PURSUANT TO STIPULATION, IT IS SO ORDERED.                                           |
| 8   |                                                                                      |
| 9   | Dated: 9/26/2006         By: _____                                |
|     |                              Honorable Marilyn Hall Patel                             |

IT IS SO ORDERED
Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

                                              3
STIPULATION AND [PROPOSED] ORDER FOR APPLICATION OF
DE NOVO STANDARD OF REVIEW AND LIMITING DISCOVERY
USDC NDCA Case # C 05-05163 MHP
241588.1


# CERTIFICATE OF SERVICE

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER FOR APPLICATION OF DE NOVO STANDARD OF REVIEW AND LIMITING DISCOVERY**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_☐_ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_☐_ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_☐_ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

| | |
|---|---|
| Lawrence O. Eitzen<br>Law Offices of Lawrence O. Eitzen<br>816 Third Street<br>Eureka, CA 95501<br>Tel:   (707) 443-2209<br>Fax:   (707) 443-1442<br><br>*Counsel for Plaintiff Gerald S. Sarvinski* | Nancy L. Ober<br>Littler Mendelson, P.C.<br>650 California Street, 20th Floor<br>San Francisco, CA 94108-2693<br>Tel:   (415) 433-1940<br>Fax:   (415) 743-6580<br><br>*Counsel for Defendants Pacific Lumber Company Welfare Benefit Plan and Pacific Lumber Company* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED September 25, 2006 at San Francisco, California.

_____
Nancy Li