ADRIENNE C. PUBLICOVER (State Bar No. 161432)
CHARAN M. HIGBEE (State Bar No. 148293)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:     (415) 433-0990
Facsimile:      (415) 434-1370

Attorneys for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD S. SARVINSKI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PACIFIC LUMBER COMPANY and PACIFIC LUMBER COMPANY WELFARE BENEFIT PLAN and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and DOES 1 to 25, Inclusive,<br><br>　　　　Defendants. | Case No.: C 05-05163 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE EARLY NEUTRAL EVALUATION**<br><br>Judge: Hon. Marilyn Hall Patel<br>Ctrm: 15 |

**IT IS HEREBY STIPULATED,** by and between the parties to this action through their attorneys of record,

1.　　Pursuant to an Order dated June 27, 2006, the date to conduct the ENE session in this matter was extended to September 27, 2006;

2.　　Defendant Prudential Insurance Company of America filed its Answer to the First Amended Complaint in this action on August 7, 2006;

3.　　The parties were unable to schedule the ENE session prior to the deadline of September 27, 2006;

---

1
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
TO COMPLETE EARLY NEUTRAL EVALUATION

USDC NDCA Case # C 05-05163 MHP
241676.1

09/28/2006 17:03  7074431442          LAWRENCE EITZEN                    PAGE 03

09/27/2006 15:23 FAX 4154341370       WILSON ELSER                       ☒003

27-Sep-2006 12:18 PM LITTLER MENDELSON P.C. 415-399-8490                 3/3

09/27/2006 10:38 FAX 4154341370       WILSON ELSER                       ☒003

1   4.   The ENE session has been scheduled for October 30, 2006; and
2   5.   That the deadline for conducting the ENE session in this matter be extended until,
3        and including, October 30, 2006.
4
5   Dated: September 27, 2006                WILSON, ELSER, MOSKOWITZ,
6                                            EDELMAN & DICKER LLP
7                                   By: ___/s/ Charan M. Higbee_____
8                                       Adrienne C. Publicover
                                        Charan M. Higbee
9                                       Attorneys for Defendant
                                        THE PRUDENTIAL INSURANCE
10                                      COMPANY OF AMERICA
11  Dated: September 27, 2006               LAW OFFICE OF LAWRENCE O. EITZEN
12
13
14                                  By: _____
15                                      Lawrence O. Eitzen
                                        Attorney for Plaintiff
                                        GERALD S. SARVINSKI
16  Dated: September 27, 2006               LITTLER MENDELSON, P.C.
17
18
19                                  By: _____
20                                      Nancy L. Ober
                                        Attorney for Defendants
21                                      PACIFIC LUMBER COMPANY WELFARE
                                        BENEFIT PLAN and PACIFIC LUMBER
22                                      COMPANY as Plan Administrator of PACIFIC
                                        LUMBER COMPANY WELFARE BENEFIT PLAN
23
24  IT IS SO ORDERED.
25
26  Dated: 10/2/2006                By: _____
27                                      IT IS SO ORDERED
                                        Judge Marilyn H. Patel
28
               STIPULATION AND PROPOSED ORDER TO EXTEND TIME
                      TO COMPLETE EARLY NEUTRAL EVALUATION
   USDC NDCA Case # C 05-05163 MHP
   241676.1

# CERTIFICATE OF SERVICE

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE EARLY NEUTRAL EVALUATION**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

__☐__ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

__☐__ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

__☐__ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

| | |
|---|---|
| Lawrence O. Eitzen<br>Law Offices of Lawrence O. Eitzen<br>816 Third Street<br>Eureka, CA 95501<br>Tel:  (707) 443-2209<br>Fax:  (707) 443-1442 | Nancy L. Ober<br>Littler Mendelson, P.C.<br>650 California Street, 20th Floor<br>San Francisco, CA 94108-2693<br>Tel:  (415) 433-1940<br>Fax:  (415) 743-6580 |
| ***Counsel for Plaintiff Gerald S. Sarvinski*** | ***Counsel for Defendants Pacific Lumber Company Welfare Benefit Plan and Pacific Lumber Company*** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED September 29, 2006 at San Francisco, California.

_____
Nancy Li

227330.1

1
CERTIFICATE OF SERVICE