Adrienne C. Publicover, Esq. (SBN #161432)
Charan M. Higbee, Esq. (SBN #148293)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Tel: (415) 433-0990

# UNITED STATES DISTRICT COURT
## Northern DISTRICT OF CALIFORNIA

Gerald S. Sarvinski

**Plaintiff(s)**

v.

Pacific Lumber Company and Pacific Lumber Company Welfare Benefit Plan and The Prudential Insurance Company of America and Does 1 to 25, inclusive.

**Defendant(s)**

CASE NUMBER:

C 05-05163 MHP

**SUBSTITUTION OF ATTORNEY**

Pacific Lumber Company
*Name of Party*

[ ] Plaintiff  [x] Defendant  [ ] Other _____

hereby substitutes  Adrienne C. Publicover of Wilson, Elser, Moskowitz, Edelman & Dicker LLP   who is

[x] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   525 Market Street, 17th Floor
*Street Address*

San Francisco, CA 94105      (415) 433-0990      (415) 434-1370      161432
*City, State, Zip Code*        *Telephone Number*    *Facsimile Number*   *State Bar Number*

as attorney of record in the place and stead of  Nancy L. Ober of Littler Mendelson, P.C.
*Present Attorney*

Dated: 9/21/06

*Signature of Party*

Pacific Lumber Company

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 9/20/06

*Signature of Present Attorney*

Nancy L. Ober of Littler Mendelson, P.C.

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 9/29/06

*Signature of New Attorney*

Adrienne C. Publicover of Wilson, Elser, Moskowitz, Edelman & Dicker LLP

**Substitution of Attorney is hereby**  [X] Approved.  [ ] Denied.

Dated: 10/4/2006

United States District/Magistrate Judge
Honorable M

IT IS SO ORDERED
Judge Marilyn H. Patel

**NOTICE TO COUNSEL:**  *If you are currently enrolled in the Optical Scanning Program and ... email address since your enrollment, you must complete an Enrollment/Update F... ... are served at the proper facsimile number or e-mail address. This form, as well as ... about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                                                                              G01

# CERTIFICATE OF SERVICE

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

## SUBSTITUTION OF ATTORNEY

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_☐_ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_☐_ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_☐_ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

| | |
|---|---|
| Lawrence O. Eitzen<br>Law Offices of Lawrence O. Eitzen<br>816 Third Street<br>Eureka, CA 95501<br>Tel: (707) 443-2209<br>Fax: (707) 443-1442<br><br>*Counsel for Plaintiff Gerald S. Sarvinski* | Nancy L. Ober<br>Littler Mendelson, P.C.<br>650 California Street, 20th Floor<br>San Francisco, CA 94108-2693<br>Tel: (415) 433-1940<br>Fax: (415) 743-6580<br><br>*Counsel for Defendants Pacific Lumber Company Welfare Benefit Plan and Pacific Lumber Company* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED October 3, 2006 at San Francisco, California.

_____
Nancy Li