1  ADRIENNE C. PUBLICOVER (State Bar No. 161432)
   CHARAN M. HIGBEE (State Bar No. 148293)
2  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Defendants
6  THE PRUDENTIAL INSURANCE
   COMPANY OF AMERICA,
7  PACIFIC LUMBER COMPANY
   and PACIFIC LUMBER COMPANY
8  WELFARE BENEFIT PLAN

9

10

11                  UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14

15  GERALD S. SARVINSKI,              )   Case No.: C 05-05163 MHP WDB
                                      )
16           Plaintiff,               )   [PROPOSED] ORDER EXCUSING
                                      )   DEFENDANTS PACIFIC LUMBER
17      v.                            )   COMPANY AND PACIFIC LUMBER
                                      )   COMPANY WELFARE BENEFIT PLAN
18  PACIFIC LUMBER COMPANY and        )   FROM ATTENDANCE AT ENE SESSION
    PACIFIC LUMBER COMPANY            )
19  WELFARE BENEFIT PLAN and THE      )
    PRUDENTIAL INSURANCE COMPANY      )
20  OF AMERICA and DOES 1 to 25, Inclusive, )  Judge      :   Hon. Wayne D. Brazil
                                      )   Location   :   Oakland Branch
21           Defendants.              )   Courtroom  :   4
                                      )
22

23       Having considered the request of defendants Pacific Lumber Company and Pacific Lumber

24  Company Welfare Benefit Plan that they be excused from personally attending the ENE session in

25  this matter and good cause appearing therefore, it is ordered as follows:

26

27

28
   _____
                              1
        [PROPOSED] ORDER EXCUSING DEFENDANTS PACIFIC LUMBER COMPANY AND
   PACIFIC LUMBER COMPANY WELFARE BENEFIT PLAN FROM ATTENDANCE AT ENE SESSION
   USDC NDCA Case # C 05-05163 MHP WDB
   245300.1

1.      Defendants Pacific Lumber Company and Pacific Lumber Company Welfare Benefit Plan are excused from personally attending the ENE session in this action; and

2.      A representative of defendants Pacific Lumber Company and Pacific Lumber Company Welfare Benefit Plan shall be available by telephone during the ENE session in this action.

**IT IS SO ORDERED.**

Dated:   10/16/06          By:_____

                               */s/ Wayne D. Brazil*

                               Magistrate Judge Wayne D. Brazil

[PROPOSED] ORDER EXCUSING DEFENDANTS PACIFIC LUMBER COMPANY AND
PACIFIC LUMBER COMPANY WELFARE BENEFIT PLAN FROM ATTENDANCE AT ENE SESSION
USDC NDCA Case # C 05-05163 MHP WDB
245300.1

# CERTIFICATE OF SERVICE

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**[PROPOSED] ORDER EXCUSING DEFENDANTS PACIFIC LUMBER COMPANY AND PACIFIC LUMBER COMPANY WELFARE BENEFIT PLAN FROM ATTENDANCE AT ENE SESSION**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

 X : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

 ☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

 ☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

 X : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

| | |
|---|---|
| Lawrence O. Eitzen | Thomas M. Herlihy |
| Law Offices of Lawrence O. Eitzen | Kelly, Herlihy & Klein LLP |
| 816 Third Street | 44 Montgomery Street, Suite 2500 |
| Eureka, CA 95501 | San Francisco, CA 94104 |
| Tel: (707) 443-2209 | Tel: (415) 950-0535 |
| Fax: (707) 443-1442 | Fax: (415) 391-7808 |
| *Counsel for Plaintiff Gerald S. Sarvinski* | *Early Neutral Evaluator* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED October 12, 2006 at San Francisco, California.

_____
Nancy Li

227330.1