```
 1  ADRIENNE C. PUBLICOVER (State Bar No. 161432)
    CHARAN M. HIGBEE (State Bar No. 148293)
 2  WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
 3  525 Market Street, 17th Floor
    San Francisco, California 94105
 4  Telephone:  (415) 433-0990
    Facsimile:  (415) 434-1370
 5
    Attorneys for Defendants
 6  THE PRUDENTIAL INSURANCE
    COMPANY OF AMERICA,
 7  PACIFIC LUMBER COMPANY
    and PACIFIC LUMBER COMPANY
 8  WELFARE BENEFIT PLAN
 9
10                   UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12
13  GERALD S. SARVINSKI,              )  Case No.: C 05-05163 MHP
                                      )
14              Plaintiff,            )  STIPULATION AND [PROPOSED]
                                      )  ORDER RE BRIEFING SCHEDULE FOR
15       v.                           )  CROSS-MOTIONS FOR SUMMARY
                                      )  JUDGMENT
16  PACIFIC LUMBER COMPANY and        )
    PACIFIC LUMBER COMPANY            )
17  WELFARE BENEFIT PLAN and THE      )  Judge    :  Hon. Marilyn H. Patel
    PRUDENTIAL INSURANCE COMPANY      )  Courtroom:  15
18  OF AMERICA and DOES 1 to 25, Inclusive, )
                                      )
19              Defendants.           )
                                      )
20
```

21      IT IS HEREBY STIPULATED, by and between the parties to this action through their

22  attorneys of record,

23      1.  Plaintiff and the defendants intend to file cross-motions for summary judgment in

24          this action;

25      2.  The parties have agreed to the following briefing and hearing schedule regarding

26          the cross-motions for summary judgment in this action;

27

28  ―――――――――――――――――――――――――――――
                                       1
              STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE
                  FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT
    USDC NDCA Case # C 05-05163 MHP WDB
    245754.1

   a. The motions for summary judgment, and all supporting and moving papers, shall be filed on or before December 19, 2006;

   b. Oppositions, and all supporting papers, to the motions for summary judgment shall be filed on or before January 8, 2007;

   c. No reply briefs in support of the motions for summary judgment shall be filed; and

   d. The hearing on the cross-motions for summary judgment shall be set for ~~January 29~~, February 5, 2007 at 2:00 p.m. in Courtroom 15 of this court.

Dated: 10/19/06

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: /s/ Charan M. Higbee
Adrienne C. Publicover
Charan M. Higbee
Attorneys for Defendants
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, PACIFIC LUMBER COMPANY WELFARE BENEFIT PLAN and PACIFIC LUMBER COMPANY as Plan Administrator of PACIFIC LUMBER COMPANY WELFARE BENEFIT PLAN

Dated: 10/17/06

LAW OFFICE OF LAWRENCE O. EITZEN

By: /s/
Lawrence O. Eitzen
Attorney for Plaintiff
GERALD S. SARVINSKI

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/23/2006   By: _____
Honorable Marilyn H. Patel
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

# CERTIFICATE OF SERVICE

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**XXX** : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

___ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

| | |
|---|---|
| Lawrence O. Eitzen, Esq.<br>Law Offices of Lawrence O. Eitzen<br>816 Third Street<br>Eureka, CA 95501<br>Tel: (707) 443-2209<br>Fax: (707) 443-1442<br><br>*Counsel for Plaintiff Gerald S. Sarvinski*<br>This document was also E-mailed to the Honorable Marilyn H. Patel at MHPPO@cand.uscourts.gov | Thomas M. Herlihy, Esq.<br>Kelly, Herlihy & Klein LLP<br>44 Montgomery Street, Suite 2500<br>San Francisco, CA 94104<br>Tel: (415) 950-0535<br>Fax: (415) 391-7808<br><br>*Early Neutral Evaluator* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED October 19, 2006 at San Francisco, California.

*/s/ S. Stephen Hetzler*
S. Stephen Hetzler