```
 1  ADRIENNE C. PUBLICOVER (State Bar No. 161432)
    CHARAN M. HIGBEE (State Bar No. 148293)
 2  WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
 3  525 Market Street, 17th Floor
    San Francisco, California 94105
 4  Telephone:    (415) 433-0990
    Facsimile:    (415) 434-1370
 5
    Attorneys for Defendants
 6  THE PRUDENTIAL INSURANCE
    COMPANY OF AMERICA,
 7  PACIFIC LUMBER COMPANY
    and PACIFIC LUMBER COMPANY
 8  WELFARE BENEFIT PLAN
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD S. SARVINSKI, | Case No.: C 05-05163 MHP WDB |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ~~PROPOSED~~ ORDER THEREON [FRCP Rule 41(a)]** |
| v. | |
| PACIFIC LUMBER COMPANY and PACIFIC LUMBER COMPANY WELFARE BENEFIT PLAN and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and DOES 1 to 25, Inclusive, | |
| Defendants. | Judge       :   Hon. Marilyn H. Patel<br>Courtroom :   15 |

1  IT IS HEREBY STIPULATED by and between the parties to this action, plaintiff Gerald S.
2  Sarvinski and defendants The Prudential Insurance Company of America, Pacific Lumber Company
3  and Pacific Lumber Company Welfare Benefit Plan, acting through their attorneys of record, that
4  the above-entitled action shall be dismissed with prejudice pursuant to Rule 41(a) of the Federal
5  Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

7  Dated:_____          WILSON, ELSER, MOSKOWITZ,
                                   EDELMAN & DICKER LLP

10                          By:_____
                            Adrienne C. Publicover
                            Charan M. Higbee
11                          Attorneys for Defendants
                            THE PRUDENTIAL INSURANCE COMPANY OF
12                          AMERICA, PACIFIC LUMBER COMPANY
                            WELFARE BENEFIT PLAN and PACIFIC LUMBER
13                          COMPANY as Plan Administrator of PACIFIC
                            LUMBER COMPANY WELFARE BENEFIT PLAN

15  Dated: 11/20/06          LAW OFFICE OF LAWRENCE O. EITZEN

17                          By:_____
                            Lawrence O. Eitzen
18                          Attorney for Plaintiff
                            GERALD S. SARVINSKI

21                          **ORDER**

22  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24  Dated: 12/5/06           By:_____
                            Honorable Marilyn Hall Patel
25                          United States District Judge

---

1
STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON [FRCP Rule 41(a)]
USDC NDCA Case # C 05-05163 MHP WDB
249247.1

1    IT IS HEREBY STIPULATED by and between the parties to this action, plaintiff Gerald S. Sarvinski and defendants The Prudential Insurance Company of America, Pacific Lumber Company and Pacific Lumber Company Welfare Benefit Plan, acting through their attorneys of record, that the above-entitled action shall be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

Dated: 11·30·06

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
Adrienne C. Publicover
Charan M. Higbee
Attorneys for Defendants
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, PACIFIC LUMBER COMPANY WELFARE BENEFIT PLAN and PACIFIC LUMBER COMPANY as Plan Administrator of PACIFIC LUMBER COMPANY WELFARE BENEFIT PLAN

Dated: 11/20/06

LAW OFFICE OF LAWRENCE O. EITZEN

By: _____
Lawrence O. Eitzen
Attorney for Plaintiff
GERALD S. SARVINSKI

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____ By: _____
Honorable Marilyn Hall Patel
United States District Judge

---

1
STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON [FRCP Rule 41(a)]
USDC NDCA Case # C 05-05163 MHP WDB
249247.1